IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| AMANDA HOPKINS, on behalf of herself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 4-21-cv-40008 |
| Plaintiff, | : : | |
| v. | : : | |
| EMPOWER ENERGY SOLUTIONS INC. | : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff files this Stipulation of Dismissal with prejudice against the defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs.

Dated: August 11, 2021         PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich, BBO No. 678437
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


By their counsel,
*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman, BBO # 666252
O'HAGAN MEYER, PLLC
111 Huntington Ave., Ste. 2860
Boston, Massachusetts 02199
(617) 843-6800
*aschneiderman@ohaganmeyer.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
